## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 628-1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States of America vs. Nelson Rodriguez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention. Defendant request a detention hearing and a preliminary examination hearing. Defendant ordered detained until further order of court. Parties shall contact the Ms. Franco, Courtroom Deputy to Magistrate Judge Mason to set the dates for the hearings (312) 435-6051.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 628-1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States of America vs. Nelson Rodriguez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention. Defendant request a detention hearing and a preliminary examination hearing. Defendant ordered detained until further order of court. Parties shall contact the Ms. Franco, Courtroom Deputy to Magistrate Judge Mason to set the dates for the hearings (312) 435-6051.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|