# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  United States v. Nelson Rodriguez

Case Number: 08 CR 628

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nelson Rodriguez

FILED
AUG X 7 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Patrick W. Blegen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Patrick W. Blegen |
| FIRM | Blegen & Garvey |
| STREET ADDRESS | 53 W Jackson, Suite 1437 |
| CITY/STATE/ZIP | Chicago IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6224494 |
| TELEPHONE NUMBER | (312) 957-0100 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐