# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 628 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Nelson Rodriguez | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued generally. Government's oral motion for pretrial detention is granted without prejudice. Defendant waives his right to a preliminary examination. Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

Case 1:08-cr-00628     Document 6     Filed 08/20/2008     Page 1 of 1

08CR628 USA vs. Nelson Rodriguez     Page 1 of 1