# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                              Case No.: 1:08−cr−00628

                                              Honorable Jeffrey Cole

Nelson Rodriguez

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

     MINUTE entry before the Honorable Michael T. Mason: Pursuant to counsel's request, the detention hearing for Nelson Rodriguez is set for 9/8/2008 at 3:00 p.m. in courtroom 2214.Mailed notice (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.