UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE DER-YEGHIAYAN**

UNITED STATES OF AMERICA )  No. 08 CR 628
)
v. ) Violation: Title 21, United States
) Code, Section 846
NELSON RODRIGUEZ )

**MAGISTRATE JUDGE COLE**

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about August 5, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

NELSON RODRIGUEZ

attempted to knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 500 grams or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

**FILED**

SEP X 3 2008
SEP - 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further alleges:

1.  The allegations of Count 1 of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of his violation of Title 21, United States Code, Sections 846, as alleged in the foregoing Indictment,

NELSON RODRIGUEZ

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting and derived from, any proceeds the defendants obtained, directly and indirectly, as a result of the violations; and (2) any and all of property used, and intended to be used, in any manner or part, to commit and facilitate the commission of the violations.

3.  The interest of the defendant, subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, includes, but is not limited to the following property:

    a.  funds in the amount of $22,000 seized on August 5, 2008, from NELSON RODRIGUEZ.

4.  If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred to, sold to, or deposited with a third person;

    c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value;

   e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to the defendants under the provisions of Title 21, United States Code, Section 853(p).

  All pursuant to Title 21, United States Code, Section 853.

               A TRUE BILL:

               _____

               FOREPERSON


_____
UNITED STATES ATTORNEY