Minute Order Form (06/97)

**United States District Court, Northern District of Illinois**

07 GJ 842 LI

| Name of Assigned Judge or Magistrate Judge | **JUDGE DER-YEGHIAYAN** | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08-CR-00628 | DATE | SEPTEMBER 3, 2008 |
| CASE TITLE | US v. NELSON RODRIGUEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

**MAGISTRATE JUDGE COLE**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____/s/ Jeffrey Cole_____

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE.

**FILED**
SEP X 3 2008
SEP - 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #