# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                            Case No.: 1:08−cr−00628
                                          Honorable Samuel Der−Yeghiayan

Nelson Rodriguez

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable Michael T. Mason: This case having been indicted, the detention hearing set for 9/8/08 at 3:00 p.m. before Magistrate Judge Mason is stricken. Mailed notice (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.