# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                             Case No.: 1:08−cr−00628
                                            Honorable Samuel Der−Yeghiayan

Nelson Rodriguez

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Detention Hearing set for 9/8/2008 at 9:30 a.m. in courtroom 1903.Mailed notice (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.